IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| UNITED STATES OF AMERICA | : | 1:22CR026-1 |
|---|---|---|
| v. | : : : : | PETITION FOR WRIT OF HABEAS CORPUS AD |
| ANDREW ALLRED RODRIGUEZ | : | PROSEQUENDUM |

NOW COMES the United States of America, by and through Sandra J. Hairston, United States Attorney for the Middle District of North Carolina, and respectfully shows the Court that ANDREW ALLRED RODRIGUEZ, now in the custody of the Davidson County Jail, Lexington, North Carolina, has a case pending against him in the United States District Court for the Middle District of North Carolina, in which he is charged with a violation of Title 21, United States Code, Section 841(a)(1), distribution of methamphetamine; and a violation of Title 18, United States Code, Section 924(c)(1)(A)(i), possession of firearms in furtherance of a drug trafficking crime.

It does not appear that the said ANDREW ALLRED RODRIGUEZ will be released from custody in time to appear for motion hearing at the August 2022 term of Court to be held in this District.

1

WHEREFORE, it is respectfully requested that a Writ of Habeas Corpus ad Prosequendum be issued from this Court to have the said ANDREW ALLRED RODRIGUEZ before the United States District Court, United States Courthouse, 324 West Market Street, Greensboro, North Carolina, on August 2, 2022, at 9:30 a.m., for the purpose of motion hearing in the case of the <u>United States of America v. Andrew Allred Rodriguez</u>, 1:22CR026-1, on that day or as soon thereafter as the Court may hear the same.

This the 29th day of July, 2022.

Respectfully submitted,

SANDRA J. HAIRSTON
United States Attorney

/S/ NICOLE R. DUPRE
Assistant United States Attorney
NCSB #41214
United States Attorney's Office
Middle District of North Carolina
101 S. Edgeworth St.
Fourth Floor
Greensboro, NC  27401
Phone:  336/333-5351