IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:22CR26-1 |
| | : | |
| ANDREW ALLRED RODRIGUEZ | : | |

FACTUAL BASIS FOR A GUILTY PLEA

NOW COMES the United States of America, by Sandra J. Hairston, United States Attorney for the Middle District of North Carolina, through the undersigned Assistant United States Attorney, and as a factual basis under Rule 11 of the Federal Rules of Criminal Procedure, states as follows:

On May 17, 2021, detectives from the VICE Narcotics Division of the Davidson County Sheriff's Office (DCSO) contacted Sergeant (Sgt.) J.W. Soles of the DCSO and asked him to conduct a traffic stop of a car that was involved in an ongoing drug and bulk cash smuggling investigation. VICE detectives described the car as a newer Black Dodge Ram with North Carolina license plate number HEE-4863 and told Sgt. Soles the truck was traveling towards Interstate 85 South. The truck was registered to the defendant, Andrew Allred Rodriguez, who lived on Park Avenue in Robbins, North Carolina. VICE detectives also identified Rodriguez as the driver of the truck and informed Sgt. Soles that Rodriguez would have a duffel bag in his back seat which they

suspected contained contraband.

Sgt. Soles was able to catch up to the truck and saw that it was following another car extremely closely, in violation of N.C. Gen. Stat. § 20-152(a). Sgt. Soles then initiated a traffic stop. The black truck pulled over to the right side of the road and parked. Sgt. Soles approached the truck and confirmed that the duffel bag was still in the back seat and that Rodriguez was the sole occupant of the car. Rodriguez tried to get his cell phone to record the interaction with law enforcement. Sgt. Soles asked Rodriguez to step out of the truck; however, Rodriguez initially refused. After multiple requests, Rodriguez eventually complied and got out of the truck.

Due to the background information regarding the narcotics investigation, as well as Rodriguez's behavior during the traffic stop, Sgt. Soles called for a K9 unit to come to the scene. Immediately as the dog came out of the car, Sgt. Soles noticed that something was wrong with the dog as he was not conducting a proper sniff as his handler had instructed. Noting this problem, Sgt. Soles spoke with Officer Perkins and learned that the dog was being sent back and would no longer be utilized. Because of continued issues, Sgt. Soles put a call out for Sgt. Barber, a K9 handler and supervisor over the entire K9 program. Sgt. Barber and his K9, Rocky, arrived shortly thereafter. Sgt. Barber and Rocky immediately began to walk around the truck. Rocky

2

alerted to the odor of narcotics inside the truck within one minute. Sgt. Soles then conducted a probable cause search of the truck.

In the duffle bag was 1,074 grams of suspected methamphetamine, two clear plastic bags containing a total weight of 113 grams of suspected cocaine, $41,350.00 in cash, a box of sandwich bags, two sets of digital scales, a Glock 42 .380 caliber handgun, and a Sig 9mm handgun.

The U.S. Customs and Border Patrol Laboratory tested the 1,074 grams of suspected methamphetamine, as well as the two bags with a total weight of 113 grams of suspected cocaine. The test results revealed a net weight of 1,043.6 grams of methamphetamine with a purity level of 99.6%. The test results on the two bags of suspected cocaine revealed that one bag had a net weight of 80.87 grams of fentanyl and the second bag had a net weight of 26.98 grams of cocaine hydrochloride.

This the 1st of August, 2022.

Respectfully submitted,

SANDRA J. HAIRSTON
United States Attorney

/S/ NICOLE R. DUPRÉ
Assistant United States Attorney
NCSB #: 41214
United States Attorney's Office
Middle District of North Carolina
101 S. Edgeworth Street, 4th Floor
Greensboro, North Carolina 27401

Phone: (336) 333-5351
E-mail: Nicole.dupre@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2022, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mireille P. Clough, Esq.

/S/ NICOLE R. DUPRÉ
Assistant United States Attorney
NCSB #41214
United States Attorney's Office
Middle District of North Carolina
101 S. Edgeworth St., 4th Floor
Greensboro, NC 27401
Phone: 336/333-5351
E-mail: Nicole.dupre@usdoj.gov